**LINEAR TECHNOLOGY CORPORATION, Plaintiff–Appellant,**

v.

**MONOLITHIC POWER SYSTEMS, INC., Defendant–Appellee.**

No. 2011–1637.

United States Court of Appeals, Federal Circuit.

Aug. 14, 2012.

Joel M. Freed, McDermott Will & Emery, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief were Natalia V. Blinkova and Rose S. Whelan. Of counsel on the brief was Ronald J. Pabis, Weil Gotshal Manges, LLP, of Washington, DC.

Dan L. Bagatell, Perkins Coie, LLP, of Phoenix, AZ, argued for the defendant-appellee. Of counsel on the brief were Dean G. Dunlavey, Latham & Watkins, LLP, of Costa Mesa, CA, and Mark A. Flagel, Los Angeles, CA.

PROST, O'MALLEY, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.